# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEONARD T. WILLIAMSON, SR., ) | |
| ) | |
| Petitioner, ) | Civil Action No. 07-1047 |
| ) | |
| v. ) | District Judge Lancaster |
| ) | Magistrate Judge Caiazza |
| COMMONWEALTH OF PENNSYLVANIA, ) | |
| et al., ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM ORDER

Leonard T. Williamson's Petition for Writ of Habeas Corpus was filed on July 26, 2007, and was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on August 1, 2007, recommended that the Petition for Writ of Habeas Corpus filed by Petitioner Williamson be dismissed and that a certificate of appealability be denied. The parties were allowed ten days from the date of service of the report to file objections. Service was made on the Petitioner by First Class United States Mail delivered to the Allegheny County Jail. Objections to the report and recommendation were due on August 17, 2007, but none have been filed.

After de novo review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this __18th__ day of __Sept__, 2007,

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus filed by Leonard T. Williamson, Sr., is DISMISSED, and a certificate of appealability is DENIED.

The Report and Recommendation of Magistrate Judge Caiazza (Doc. 2) dated August 1, 2007, is adopted as the opinion of the court.

Gary L. Lancaster
U.S. District Court Judge

cc:
LEONARD T. WILLIAMSON, SR.
#13951
Allegheny County Jail
950 Second Avenue
Pittsburgh, PA 15219